**96–2048.    State ex rel. Stevenson v. Fuerst.**
On September 5, 1996, relator filed a complaint in mandamus that was filed and docketed as case No. 96–2042. On September 6, 1996, relator filed a complaint in mandamus that was filed and docketed as case No. 96–2048. It appearing to the court that the documents filed in case No. 96–2048 are duplicates of the documents filed in case No. 96–2042,

IT IS ORDERED by the court, *sua sponte*, that case No. 96–2048 be, and hereby is, dismissed. The court will proceed to consider case No. 96–2042 pursuant to S.Ct.Prac.R. X(5).

*Wednesday, October 9, 1996*

## MOTION DOCKET

**96–1029.    State v. Zachery.**
Montgomery App. No. 15267. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. Upon consideration of the notice filed by Michael H. Holz that he no longer represents the appellee in this cause,

IT IS ORDERED by the court, *sua sponte*, pursuant to S.Ct.Prac.R. III(7), that the Ohio Public Defender be, and hereby is, appointed to represent the appellee.

**96–1389.    State v. Schlosser.**
Montgomery App. Nos. 14968 and 14976. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. Upon consideration of the notice filed by Steven Michael Cox that he no longer represents the appellee in this cause,

IT IS ORDERED by the court, *sua sponte*, pursuant to S.Ct.Prac.R. III(7), that the Ohio Public Defender be, and hereby is, appointed to represent the appellee.

**96–1390.    State v. Schlosser.**
Montgomery App. Nos. 14968 and 14976. This cause is pending before the court on certification of conflict by the Court of Appeals for Montgomery County. Upon consideration of the notice filed by Steven Michael Cox that he no longer represents the appellee in this cause,

IT IS ORDERED by the court, *sua sponte*, pursuant to S.Ct.Prac.R. III(7), that the Ohio Public Defender be, and hereby is, appointed to represent the appellee.